## WAVERLY INVESTMENT CO. v. CITY OF ENID.

No. 1687.    Opinion Filed November 16, 1910.

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Syllabus same as in **Horner et al. v. Goltry & Sons,** 23 Okla. 905.

(Syllabus by the Court.)

*Error from District Court, Garfield County; R. H. Loofbourrow, Judge.*

Action between The Waverly Investment Company and the City of Enid. From the judgment the investment company brings error: Dismissed.

*Sturgis, Moore & Manatt,* for plaintiff in error.

*J. M. Dodson,* for defendant in error.

HAYES, J.    This cause is now before us upon motion of defendant in error to dismiss same for failure of plaintiff in error to file briefs. The petition in error herein was filed on the 16th day of May, 1910, but no briefs have been filed by plaintiff in error as required by rule 7 of this court (20 Okla. viii). It follows that, upon the authority of *Horner et al. v. Goltry & Sons,* 23 Okla. 905, the cause must be dismissed.

All the Justices concur.